UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BLACK VETERANS PROJECT and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>Plaintiffs,<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | Civil Action No. 3:21-cv-00935(VLB)<br><br><br><br>December 16, 2021 |

### JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiffs and Defendant, through their undersigned counsel, submit the following Joint Status Report pursuant to the Court's order on November 16, 2021. The parties have conferred regarding the litigation's status and submit the following statement of their respective interests.

1. Plaintiffs filed this Freedom of Information Act ("FOIA") action on July 8, 2021. Defendant filed its answer to the complaint on August 16, 2021.

2. This action concerns three FOIA requests made by the Plaintiffs on February 22, 2021. The FOIA requests were filed by email to three units of the U.S. Department of Veterans Affairs ("VA"): the Veterans Benefits Administration ("VBA") (FOIA Number: 21-03679-F), the Veterans Health Administration ("VHA") (FOIA Number: 21-03677-F), and the Board of Veterans Appeals ("BVA") (FOIA Number: 21-03747-F). Each of the three requests contained a list of numbered items.

3. Since then, Defendant has provided records for some requested items and "no records" responses to other requested items.

4. In an effort to resolve as many of the individual items as possible, counsel for Plaintiffs and Defendant have held five telephone conferences since Defendant filed its Answer. Parties have narrowed the items in dispute to the following: Items 15 and 16 of the VBA FOIA request, Items 4 and 5 of the BVA FOIA request, and Items 1, 2, 3, 4, and 6 of the VHA FOIA request.

5. Because this matter arises under FOIA, Local Rule 26(f)(3) exempts this suit from the requirements of Local Rule 26(f). Local Rule 16(b) ¶ 4 does away with the need for a tailored scheduling order.

6. The parties jointly propose the following summary judgment briefing schedule:

    a. Defendant's motion shall be filed on or before Friday, February 25, 2022;

    b. Plaintiffs' opposition to the motion shall be filed on or before Friday, March 18, 2022;

    c. Defendant's reply, if any, shall be filed on or before Friday, April 1, 2022.

7. In the event that the parties resolve or further limit the issues before the Court, the parties will promptly inform the Court and propose any appropriate modifications to the schedule.

Dated: December 16, 2021

                                                        Respectfully submitted,

                                                        /s/ Michael J. Wishnie
                                                        Michelle Fraling, Law Student Intern
                                                        Ryan Liu, Law Student Intern
                                                        Michael Loedel, Law Student Intern
                                                        Aubrey Stoddard, Law Student Intern
                                                        Angela L. Zhang, Law Student Intern

        Michael J. Wishnie, Supervising Attorney, ct27221
        Jerome N. Frank Legal Services Organization
        Veterans Legal Services Clinic
        Yale Law School
        P.O. Box 209090
        New Haven, CTs 06520-9090
        Tel: (203) 432-4800
        michael.wishnie@ylsclinics.org

        *Counsel for Plaintiffs*


        <u>/s/ Carolyn Ikari</u>
        Carolyn Ikari, Assistant U.S. Attorney, ct13437
        United States Attorney's Office
        450 Main Street, Room 328
        Hartford, CT 06103
        Tel: (860) 760-7953
        carolyn.ikari@usdoj.gov

        *Counsel for Defendant*