UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BLACK VETERANS PROJECT and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS.** <br><br> *Plaintiffs*, <br><br> v. <br><br> **U.S. DEPARTMENT OF VETERANS AFFAIRS,** <br><br> *Defendant*. | Case No. 3:21-cv-00935 (VLB) <br><br><br> FEBRUARY 25, 2022 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. P., the Defendant respectfully moves for summary judgment in this federal Freedom of Information Act matter. In support of this motion, Defendant relies on the accompanying Memorandum of Law, Declarations, Exhibits, *Vaughn* indexes, and Statement of Material Facts Not In Dispute.

Respectfully submitted,

**LEONARD C BOYLE
UNITED STATES ATTORNEY**

By: *Carolyn A. Ikari*
    **CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY**
450 Main Street, Room 328
Hartford, Connecticut 06103
(860) 760-7953
Carolyn.ikari@usdoj.gov
Fed. Bar. No. ct13437