**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **BLACK VETERANS PROJECT and** | |
| **NATIONAL VETERANS COUNCIL** | **No. 3:21-cv-00935-VLB** |
| **FOR LEGAL REDRESS,** | |
| *Plaintiffs,* | |
| **v.** | |
| **UNITED STATES DEPARTMENT OF** | **March 13, 2022** |
| **VETERANS AFFAIRS,** | |
| *Defendant.* | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A  BRIEF IN OPPOSITION**

**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 7(b), hereby move this Court for an order to extend time by fourteen (14) days to file a Brief in Opposition to the Defendant's Motion for Summary Judgment. The current deadline for Plaintiffs' Brief in Opposition is March 18, 2022. There has been no prior extension request made by the Plaintiffs regarding this motion.

In support hereof, Plaintiffs state:

1. The time for filing a Response has not yet expired.

1

2. This motion is not being made for the purpose of delay but is made based upon the need for time to prepare the Brief in Opposition to the Defendant's Motion for Summary Judgment.

3. There is good cause for this request. The parties have significantly narrowed their dispute during six months of negotiations. Nevertheless, the extensive nature of Defendant's Motion for Summary Judgment—which includes 16 declarations and other exhibits totaling 194 pages—necessitates more time for Plaintiffs' counsel to confer with their clients and to prepare an opposition.

4. Counsel for Defendants do not oppose this motion.

THEREFORE, Plaintiffs respectfully request the Court for an order extending the time to file a Brief in Opposition to the Defendant's Motion for Summary Judgment up to and including April 1, 2022.

Dated: March 13, 2022

By: /s/ Michael J. Wishnie

Jonathan Epps, Law Student Intern

Ryan Liu, Law Student Intern

Michael Loedel, Law Student Intern

Beatrice Pollard, Law Student Intern

Aubrey Stoddard, Law Student Intern

Angela L. Zhang, Law Student Intern

Michael J. Wishnie, ct27221

Veterans Legal Services Clinic

**Jerome N. Frank Legal Services Organization**

**Yale Law School**

**P.O. Box 209090**

**New Haven, CT 06520-9090**

**Tel: (203) 432-4800**

**michael.wishnie@ylsclinics.org**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2022, a copy of the foregoing was electronically filed and served by mail upon any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Dated: March 13, 2022                    /s/ Michael J. Wishnie

                                         Michael J. Wishnie