UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BLACK VETERANS PROJECT and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　Defendant. | Civ. No. 3:21-cv-00935 (VLB)<br><br><br><br><br><br>MARCH 29, 2022 |

### NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

　　Defendant withdraws only that part of its motion for summary judgment addressed to Veterans Benefits Administration (VBA) request number 15.  ECF No. 28-1 at 25-27.  The Defendant has identified a need to revisit the records search in response to that single Freedom of Information Act (FOIA) request.

　　It is possible that, upon the revised search, the parties will reach an agreement regarding the adequacy of Defendant's FOIA response to VBA item 15.  In the event the Court's intervention is needed, the parties agree that it would be appropriate for the Defendant to file a revised motion for summary judgment as to that item at the appropriate time.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LEONARD C BOYLE
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　*/s/ Carolyn A. Ikari*
　　　　　　　　　　　　　　　　　　　　CAROLYN A. IKARI
　　　　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY
　　　　　　　　　　　　　　　　　　　　450 Main Street, Room 328

Hartford, Connecticut  06103
(860) 760-7953
carolyn.ikari@usdoj.gov
Fed. Bar No. ct13437

### Certificate of Service

I certify that on March 29, 2022, the foregoing Notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Carolyn A. Ikari*
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY