UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ ) | | |
| BLACK VETERANS PROJECT and ) | | |
| NATIONAL VETERANS COUNCIL ) | Civ. No. 3:21-cv-00935(VLB) | |
| FOR LEGAL REDRESS, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| UNITED STATES DEPARTMENT OF ) | | |
| VETERANS AFFAIRS, ) | | |
| ) | | |
| Defendant. ) | JUNE 13, 2022 | |
| _____ ) | | |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to this Court's Order dated May 23, 2022 (ECF. No. 51).

The parties agree that there are no issues presented by the pending motion for summary judgment (ECF No. 28) for the Court to rule on and the motion may be denied as moot.

The Plaintiffs agree that no further action is required regarding the merits of the FOIA claims at issue, including the matters not addressed in or withdrawn from the motion for summary judgment.  *See, e.g.,* ECF No 36.

Accordingly, the Plaintiffs agree that the merits of the Complaint are moot.

The parties agree that judgment may enter for Defendant, without prejudice to Plaintiffs to move for attorneys' fees and litigation costs after the entry of judgment.  *See, e.g., Ctr. for Popular Democracy v. Bd. of Governors of Fed. Rsrv. Sys.,* No. 16CV5829NGGVMS, 2021 WL 4452202, at *3 (E.D.N.Y. Sept. 29, 2021).

A proposed form of Judgment is attached, providing for this Court's reservation of continued jurisdiction over any petition or motion by Plaintiffs seeking fees and costs under the applicable federal rules and statutes, including attorney's fees pursuant to the federal Freedom of Information Act.

Dated: June 13, 2022

    Respectfully submitted,

    /s/ Michael J. Wishnie
    Michael J. Wishnie, ct27221
    Jerome N. Frank Legal Services Org.
    Veterans Legal Services Clinic
    Yale Law School
    P.O. Box 209090
    New Haven, CT 06520-9090
    Tel: (203) 432-4800
    michael.wishnie@ylsclinics.org

    *Counsel for Plaintiffs*


    VANESSA ROBERTS AVERY
    UNITED STATES ATTORNEY

    /s/ Carolyn A. Ikari
    CAROLYN IKARI
    ASSISTANT U.S. ATTORNEY, ct13437
    United States Attorney's Office
    450 Main Street, Room 328
    Hartford, CT 06103
    Tel: (860) 760-7953
    carolyn.ikari@usdoj.gov

    *Counsel for Defendant*