UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BLACK VETERANS PROJECT and<br>NATIONAL VETERANS COUNCIL<br>FOR LEGAL REDRESS, | : <br> : <br> : <br> : | No. 3:21-cv-00935-VLB |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS, | : <br> : <br> : | |
| Defendant. | : | |

## JUDGMENT

This action having come before the Court on Defendant's motion for summary judgment and the parties' Joint Status Report, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including Plaintiffs' report that there is no action for the Court to take on the merits; and

The parties having agreed that judgment may enter for Defendants with the proviso that Plaintiffs may seek fees and costs pursuant to the applicable rules and statutes, including the federal Freedom of Information Act; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for the Defendant without prejudice to Plaintiffs to move for attorney's fees and litigation costs.  This Court shall reserve jurisdiction over any such

2

motion or petition.

Dated at Hartford, Connecticut, this      day of June, 2022.

        **DINAH MILTON KINNEY, Clerk**

        **By  /S/**     

        **Deputy Clerk**

**EOD:**