UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BLACK VETERANS PROJECT and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, | : : : |
| | : No. 3:21-cv-935-VLB |
| Plaintiffs, | : : |
| v. | : : |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | : : : : |
| Defendant. | : |

### JUDGMENT

This action having come before the Court on defendant's motion for summary judgment before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and plaintiffs' report that there is no action for the Court to take on the merits; the parties having agreed that judgment may enter for defendant with the proviso that plaintiffs may seek fees and costs pursuant to the applicable rules and statutes, including the federal Freedom of Information Act; and the Court having issued an Order finding as moot defendant's motion pursuant to the parties' Joint Status Report and retaining jurisdiction over the issues of attorneys' fees and costs; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby

**EOD: 6-16-2022**

entered for the defendant without prejudice to plaintiffs moving for attorney's fees and litigation costs and this case is now closed.

Dated at Hartford, Connecticut, this 16th day of June, 2022.

DINAH MILTON KINNEY, Clerk

By /S/ Jeremy J. Shafer
    Jeremy Shafer
    Deputy Clerk